MEMORANDUM OPINION

 

No. 04-09-00539-CR
and 04-09-00540-CR

 

Dominique FRANKLIN,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the 227th Judicial
District Court, Bexar County, Texas

Trial Court Nos. 2008-CR-6844A
and 2008-CR-6843A

Honorable Philip A.
Kazen, Jr., Judge Presiding

 

PER CURIAM

 

Sitting:            Rebecca Simmons,
Justice

                        Steven
C. Hilbig, Justice

                        Marialyn
Barnard, Justice

 

Delivered and
Filed:  October 7, 2009

 

DISMISSED

 

The
trial court certifications in both of these appeals state that these cases are
“plea-bargain case[s], and the defendant has NO right of appeal.”  Rule 25.2(d)
of the Texas Rules of Appellate Procedure provides, “[t]he appeal must be
dismissed if a certification that shows the defendant has a right of appeal has
not been made part of the record under these rules.”  Tex. R. App. P. 25.2(d). 

Appellant’s
counsel filed written notices with this court that counsel reviewed the records
and, in either case, “can find no right of appeal for Appellant.”  We construe
these notices as an indication that appellant will not seek to file amended
trial court certifications showing that he has the right of appeal.  See
Tex. R. App. P. 25.2(d); 37.1; see
also Daniels v. State, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no
pet.).  In light of the record presented, we agree with appellant’s counsel
that Rule 25.2(d) requires this court dismiss these appeals.  Accordingly,
these appeals are dismissed.

 

PER
CURIAM

 

DO NOT PUBLISH